UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

L YVONNE BROWN,

    Plaintiff,

v.                                   Case No: 2:18-cv-157-FtM-29MRM

FLORIDA GULF COAST UNIVERSITY BOARD OF TRUSTEES, KEN KAVANAGH, individually and in official capacity, KARL SMESKO, individually and in official capacity, RODERICK ROLLE, individually and in official capacity, and KELLY BROCK, individually and in official capacity,

    Defendants.

## **ORDER**

This matter comes before the Court on plaintiff's Fifth Application for Temporary Restraining Order (Doc. #53) filed on October 18, 2018. Although titled as plaintiff's Fifth Application for Temporary Restraining Order, the instant motion is actually plaintiff's fourth application for a temporary restraining order. The Court denied the first, second, and third applications for a temporary restraining order. (Docs. ## 7, 11, 19.) This fourth application sets forth no new factual or legal basis to alter the prior results. Therefore, for the reasons previously articulated, the motion will be denied.

Accordingly, it is hereby

**ORDERED:**

Plaintiff's Fifth Application for Temporary Restraining Order (Doc. #53) is **DENIED**.

**DONE and ORDERED** at Fort Myers, Florida, this __19th__ day of October, 2018.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record