```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

L YVONNE BROWN,

    Plaintiff,

v.                                    Case No: 2:18-cv-157-FtM-29MRM

FLORIDA GULF COAST UNIVERSITY BOARD OF TRUSTEES, KEN KAVANAGH, individually and in official capacity, KARL SMESKO, individually and in official capacity, RODERICK ROLLE, individually and in official capacity, and KELLY BROCK, individually and in official capacity,

    Defendants.

---

**<u>ORDER</u>**

This matter comes before the Court on plaintiff's Sixth Application for Temporary Restraining Order (Doc. #56) filed on October 19, 2018. Although titled as plaintiff's Sixth Application for Temporary Restraining Order, the instant motion is actually plaintiff's fifth application for a temporary restraining order. The Court denied the first, second, third, and fourth applications for a temporary restraining order. (Docs. ## 7, 11, 19, 55.) Like the previous motion (Doc. #53), this fifth application sets forth no new factual or legal basis to alter the

prior results.  Therefore, for the reasons previously articulated, the motion will be denied.

Accordingly, it is hereby

**ORDERED:**

Plaintiff's Sixth Application for Temporary Restraining Order (Doc. #56) is **DENIED.**

**DONE and ORDERED** at Fort Myers, Florida, this __23rd__ day of October, 2018.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record